UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN MULLICANE,<br><br>        Plaintiff,<br><br>vs.<br><br>MARSHALL, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-06299-AWI-LJO-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 44)<br><br>**ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER** (Doc. 43) |

    Plaintiff, Glenn Mullicane ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On May 9, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days.  To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis. To prevail on a motion for preliminary injunctive relief, the moving party must establish a relationship between the injury claimed in the motion and the conduct giving rise to the complaint. Lebron v. Armstrong, 289 F. Supp. 2d 56, 61 (D. Conn. 2003). Plaintiff seeks a preliminary injunction concerning legal materials, but the underlying action does not concern access to legal materials. As explained by the Magistrate Judge, preliminary injunctive relief is designed to preserve the status quo regarding the substance of the case; it is not available for the purpose of ensuring that Plaintiff can effectively or efficiently litigate his case. As Plaintiff's motion seeks to redress an injury unrelated to the underlying action, the preliminary injunction must be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed May 9, 2005, are ADOPTED IN FULL; and,

2. Plaintiff's motion for temporary restraining order, filed April 20, 2005, is DENIED.

IT IS SO ORDERED.

**Dated:   June 30, 2005**              /s/ Anthony W. Ishii
0m8i78                                  UNITED STATES DISTRICT JUDGE